
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 26 2009

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KATHLEEN MILLIGAN-HITT and KATHRYN R. ROBERTS,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF SHERIDAN COUNTY SCHOOL DISTRICT NUMBER 2; CRAIG DOUGHERTY, individually and in his official capacity as Superintendent; and TERRY BURGESS, in his official capacity as Assistant Superintendent,<br><br>    Defendants. | Case No. 05-CV-017-B |

## ORDER ON MANDATE

The United States Court of Appeals for the Tenth Circuit issued an opinion reversing the Judgment of the District Court as to the claim against Sheridan County School District No. 2 and the official-capacity defendants and affirming as to the claim against Craig Dougherty in his individual capacity.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Judgment is entered in favor of Sheridan County School District No. 2 and Craig

Dougherty and Terry Burgess in their official capacities.

Dated the 26TH day of January, 2009.

                                                                UNITED STATES DISTRICT JUDGE